IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DEWAYNE CHANEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE 1:10-CV-1098-JMS-DKL |
| ) | |
| OFFICER FRANCISCO OLMOS, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SETTLEMENT**

Defendant, by counsel, hereby notifies the Court that the parties have reached a settlement on June 6, 2011 which will resolve this litigation. Settlement documents have not yet been executed, but upon execution a stipulation of dismissal will be filed with the Court.

Respectfully submitted,

s/ Gregory R. Clark
Gregory R. Clark (26793-53)
Assistant Corporation Counsel
OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana  46204
Telephone: (317) 327-4055
Fax:  (317) 327-3968
E-Mail: grclark@indygov.org

Attorney for Officer Francisco Olmos
.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following counsel of record by the Court's electronic filing service, this 6th day of June, 2011.

Brent Welke
WELKE LAW FIRM
P.O. Box 55058
Indianapolis, IN 46205

John C. Ruckelshaus
John F. Kautzman
Andrew Duncan
Ruckelshaus, Kautzman, Blackwell
Bemis & Hasbrook
107 N. Pennsylvania St., Ste. 900
Indianapolis, IN 46204

                                            s/ Gregory R. Clark
                                            Gregory R. Clark (26793-53)
                                            Assistant Corporation Counsel